FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WAYNE RESPER 274319

WESTERN CORRECTIONAL INSTITUTION

13800 McMULLEN HWY., S.W.

CUMBERLAND, MD 21502
(Full name, prison identification
number and address of the plaintiff)

v.

Civil Action No. PJM-13-1278
(Leave blank on initial filing to be filled in by Court.)

LIEUTENANT SCHURG, SGT. T. SIRES,
OFFICER WEISENMILLER

NORTH BRANCH CORRECTIONAL
INSTITUTION

14100 McMULLEN HWY., S.W.

CUMBERLAND, MD 21502
(Full name and address of the defendant(s))

## COMPLAINT

I.  Previous lawsuits

   A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐    NO ☒

   B.  If you answered YES, describe that case(s) in the spaces below.

   1.  Parties to the other case(s):

   Plaintiff: _____

   Defendant(s): _____

2.  Court (if a federal court name the district; if a state court name the city or county): _____

3.  Case No.: _____

4.  Date filed: _____

5.  Name of judge that handled the case: _____

6.  Disposition (won, dismissed, still pending, on appeal): _____
    _____

7.  Date of disposition: _____

II. Administrative proceedings

A.  If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

    YES ☒    NO ☐

    1.  If you answered YES:

        a.  What was the result? __IT WAS DISMISSED._____
            _____

        b.  Did you appeal?

            YES ☒    NO ☐

    2.  If you answered NO to either of the questions above, explain why: _
        _____
        _____

III. Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

1. ON OR ABOUT MAY 1, 2010, NBCI PROPERTY PERSONNEL, SGT. SIRES AND OFFICER WEISENMILLER, DID DELIBERATELY, MALICIOUSLY, AND WITHOUT AUTHORIZATION WITHDRAW FUNDS FROM MY PRISON ACCOUNT IN VIOLATION OF DOC POLICY AND REGULATIONS, STATE AND FEDERAL LAW OVER MY OBJECTIONS, THEREBY ENGAGING IN FRAUD, MISREPRESENTATION AND VIOLATIONS OF MY RIGHT TO DUE PROCESS.

2. ON OR ABOUT JUNE 28, 2010, NBCI PROPERTY SUPERVISOR LT. SCHURG DID DELIBERATELY, MALICIOUSLY AND WITHOUT AUTHORIZATION, ON BEHALF OF SGT. SIRES, FORGE MY NAME ON AN APPEAL WITHDRAWAL FORM IN VIOLATION OF DOC POLICY AND REGULATIONS, STATE AND FEDERAL LAW, PROVIDING THE SAME TO THE IGO, ENGAGING IN FRAUD AND VIOLATING PLAINTIFF'S RIGHT TO DUE PROCESS AND ACCESS TO THE COURTS, ALSO COMMITTING PERJURY AND MISREPRESENTING THE FACTS RELATED TO MY APPEAL.

IV. Relief
(State briefly what you want the Court to do for you.)

1. ORDER COMPENSATION IN THE AMOUNT OF $1,029.00

2. ORDER COMPENSATION IN THE AMOUNT OF $40,500.00

SIGNED THIS 21ST day of APRIL, 2013.

Wayne Cesper
(original signature of plaintiff)
W.C.I

13800 MCMULLEN HWY., S.W.

CUMBERLAND, MD 21502
(address of plaintiff)